UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

v.

DENZEL ROBINSON,

      Defendant.

25-CR-57 (JLS) (JJM)

## DECISION AND ORDER

Defendant Denzel Robinson is charged in a one-count indictment with possession with intent to distribute, and to distribute, cocaine and fentanyl, causing death. Dkt. 1. On March 26, 2025, United States Magistrate Judge Jeremiah J. McCarthy was designated to hear and determine, and report and recommend on, all pre-trial proceedings under 28 U.S.C. §§ 636(b)(1)(A) and (B). Dkt. 3.

On November 17, 2025, Defendant moved to dismiss the indictment and suppress evidence. Dkt. 31. The Government opposed this motion, Dkt. 37. On January 30, 2026, Judge McCarthy held an evidentiary hearing with respect to the motion. Dkt. 46. The Government then filed further opposition to Defendant's motion, Dkt. 48, and Defendant filed a reply in support of his motion, Dkt. 49.

On May 20, 2026, Judge McCarthy issued a Report and Recommendation ("R&R"), recommending that Defendant's motion be denied. Dkt. 52. Defendant objected to the R&R. Dkt. 53. The Government filed opposition to Defendant's objections, Dkt. 55, and Defendant replied, Dkt. 56.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3).

This Court carefully reviewed the R&R, the objections briefing, and the relevant record. Based on its *de novo* review, the Court accepts and adopts Judge McCarthy's recommendation to deny Defendant's motion to dismiss the indictment and suppress evidence.

## CONCLUSION

For the reasons above and in the R&R, the Court DENIES Defendant's motion (Dkt. 31) to dismiss the indictment and suppress evidence.

SO ORDERED.

Dated:       July 2, 2026
             Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

2